103 A.3d 797

IN THE MATTER OF GEOFFREY L. STEIERT, AN ATTORNEY AT LAW (ATTORNEY NO. 029031980).

December 10, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–008, concluding that **GEOFFREY L. STEIERT** of **VOORHEES,** who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of six months for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further determined that prior to reinstatement to practice, respondent should be required to submit proof of fitness to practice law;

And good cause appearing;

It is ORDERED that **GEOFFREY L. STEIERT** is suspended from the practice of law for a period of six months, effective immediately, and until the further Order of the Court; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit to the Office of Attorney Ethics proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.